|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 | UNITED STATES DISTRICT COURT | |
| 7 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 8 | OAKLAND DIVISION | |
| 9 | OMID BEHJOU, | Case No: C 10-03982 SBA |
| 10 | Plaintiff, | **ORDER CONTINUING MOTION HEARING** |
| 11 | vs. | Dkt. 53, 58 |
| 12-14 | BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA HOME LOAN CORPORATION, BANK OF AMERICA CORPORATE BENEFITS COMMITTEE, | |
| 15 | Defendants, | |
| 16-18 | AETNA LIFE INSURANCE COMPANY, Real Party in Interest, | |

IT IS HEREBY ORDERED THAT the motions on calendar for April 2, 2012 (Dkt. 53, 58) and the Case Management Conference are CONTINUED to <u>April 24, 2012 at 1:00 p.m.</u>  The Court, in its discretion, may resolve the motions without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: March 30, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge