| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| | OAKLAND DIVISION |

| | |
|---|---|
| OMID BEHJOU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA HOME LOAN CORPORATION, BANK OF AMERICA CORPORATE BENEFITS COMMITTEE,<br><br>　　　　Defendants, | Case No:  C 10-03982 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Dkt. 53, 58 |
| AETNA LIFE INSURANCE COMPANY,<br><br>　　　　Real Party in Interest, | |

IT IS HEREBY ORDERED THAT the motions on calendar for April 2, 2012 (Dkt. 53, 58) and the Case Management Conference are CONTINUED to April 24, 2012 at 1:00 p.m.  The Court, in its discretion, may resolve the motions without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: March 30, 2012

　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge