HANSON BRIDGETT LLP
RAYMOND F. LYNCH - 119065
rlynch@hansonbridgett.com
MOLLY L. KABAN - 232477
mlee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
BANK OF AMERICA GROUP BENEFITS PROGRAM,
BANK OF AMERICA, N.A., BANK OF AMERICA
CORPORATION CORPORATE BENEFITS
COMMITTEE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMID BEHJOU, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE, <br><br> Defendants, <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Real Party In interest. | No. CV 10 3982 SBA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE:

The parties hereto, Plaintiff Omid Behjou ("Plaintiff"), Defendants Bank of America Group Benefits Program, Bank of America, N.A., and Bank of America Corporate Benefits Committee ("the Bank Defendants") and Real-Party-In-Interest Aetna Life Insurance Company ("Aetna") (collectively, the "Parties"), by and through their attorneys of record, hereby enter into this Stipulation and [Proposed] Order for Dismissal with Prejudice.

- 1 -
STIP. & [PROP.] ORDER FOR DISMISSAL WITH PREJUDICE (NO. CV 10 3982 SBA)

2679789.1

## RECITALS

WHEREAS, Plaintiff filed this lawsuit against the Bank Defendants and Aetna on September 3, 2012;

WHEREAS, on June 25, 2012, the Parties entered into a Settlement Agreement and General Release (the "Settlement Agreement") wherein the Parties agreed to settle all aspects of this lawsuit without admission of wrongdoing, liability or fault by any party;

Wherefore, the Parties, by and through their attorneys of record, hereby stipulate as follows:

1. that the above-captioned lawsuit be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. that each Party shall bear its/his own costs and attorneys' fees.

**IT IS SO STIPULATED.**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: August 2, 2012                                    HANSON BRIDGETT LLP


By: /s/ Raymond F. Lynch
RAYMOND F. LYNCH
MOLLY L. KABAN
Attorneys for Defendants
BANK OF AMERICA GROUP
BENEFITS PROGRAM, BANK OF
AMERICA, N.A., BANK OF AMERICA
CORPORATION CORPORATE
BENEFITS COMMITTEE

- 2 -

STIP. & [PROP.] ORDER FOR DISMISSAL WITH PREJUDICE (NO. CV 10 3982 SBA)

2679789.1

| | | |
|---|---|---|
| 1 | DATED: July 17, 2012 | LAW OFFICES OF LAURENCE F. PADWAY |

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
OMID BEHJOU

DATED: July 19, 2012                                    GORDON & REES LLP

By: /s/ Michelle L. Steinhardt
RONALD K. ALBERTS
MICHELLE L. STEINHARDT
Attorneys for Real Party In Interest
AETNA LIFE INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The lawsuit against the Bank Defendants and Aetna is dismissed with prejudice. Each side shall pay its/his own attorneys' fees and costs.

DATED: August 9 2012

By: /s/ Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 3 -
STIP. & [PROP.] ORDER FOR DISMISSAL WITH PREJUDICE (NO. CV 10 3982 SBA)                    2679789.1