1  HANSON BRIDGETT LLP
   RAYMOND F. LYNCH - 119065
2  rlynch@hansonbridgett.com
   MOLLY L. KABAN - 232477
3  mlee@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants
   BANK OF AMERICA GROUP BENEFITS PROGRAM,
7  BANK OF AMERICA, N.A., BANK OF AMERICA
   CORPORATION CORPORATE BENEFITS
8  COMMITTEE

9
                    **UNITED STATES DISTRICT COURT**
10
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11

12
   OMID BEHJOU,                              No. CV 10 3982 SBA
13
              Plaintiff,                     **STIPULATION AND ORDER FOR**
14                                           **DISMISSAL WITH PREJUDICE**
         v.
15
   BANK OF AMERICA GROUP
16 BENEFITS PROGRAM, BANK OF
   AMERICA, N.A., BANK OF AMERICA
17 CORPORATE BENEFITS
   COMMITTEE,
18
              Defendants,
19
   AETNA LIFE INSURANCE COMPANY,
20
              Real Party In interest.
21

22       PLEASE TAKE NOTICE:

23       The parties hereto, Plaintiff Omid Behjou ("Plaintiff"), Defendants Bank of America

24 Group Benefits Program, Bank of America, N.A., and Bank of America Corporate

25 Benefits Committee ("the Bank Defendants") and Real-Party-In-Interest Aetna Life

26 Insurance Company ("Aetna") (collectively, the "Parties"), by and through their attorneys

27 of record, hereby enter into this Stipulation and [Proposed] Order for Dismissal with

28 Prejudice.

- 1 -
STIP. & [PROP.] ORDER FOR DISMISSAL WITH PREJUDICE (NO. CV 10
3982 SBA)                                                           2679789.1

## RECITALS

WHEREAS, Plaintiff filed this lawsuit against the Bank Defendants and Aetna on September 3, 2012;

WHEREAS, on June 25, 2012, the Parties entered into a Settlement Agreement and General Release (the "Settlement Agreement") wherein the Parties agreed to settle all aspects of this lawsuit without admission of wrongdoing, liability or fault by any party;

Wherefore, the Parties, by and through their attorneys of record, hereby stipulate as follows:

1. that the above-captioned lawsuit be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. that each Party shall bear its/his own costs and attorneys' fees.

**IT IS SO STIPULATED.**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED:  August 2, 2012                                                                                  HANSON BRIDGETT LLP


By: /s/ Raymond F. Lynch
RAYMOND F. LYNCH
MOLLY L. KABAN
Attorneys for Defendants
BANK OF AMERICA GROUP
BENEFITS PROGRAM, BANK OF
AMERICA, N.A., BANK OF AMERICA
CORPORATION CORPORATE
BENEFITS COMMITTEE

| | | |
|---|---|---|
| 1 | DATED: July 17, 2012 | LAW OFFICES OF LAURENCE F. PADWAY |
| | | |
| | | By: /s/ Laurence F. Padway |
| | | LAURENCE F. PADWAY |
| | | Attorneys for Plaintiff |
| | | OMID BEHJOU |
| | | |
| 7 | DATED: July 19, 2012 | GORDON & REES LLP |
| | | |
| | | By: /s/ Michelle L. Steinhardt |
| | | RONALD K. ALBERTS |
| | | MICHELLE L. STEINHARDT |
| | | Attorneys for Real Party In Interest |
| | | AETNA LIFE INSURANCE COMPANY |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The lawsuit against the Bank Defendants and Aetna is dismissed with prejudice. Each side shall pay its/his own attorneys' fees and costs.

DATED: August 9 2012

By: *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge