UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OMID BEHJOU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA HOME LOAN CORPORATION, BANK OF AMERICA CORPORATE BENEFITS COMMITTEE,<br><br>　　　　Defendants,<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　Real Party in Interest, | Case No: C 10-03982 SBA<br><br>**ORDER** |

The parties are presently before the Court on the parties' Joint Motion to Vacate Partial Summary Judgment Order, which is brought pursuant to Federal Rule of Civil Procedure 60(b)(6). Dkt. 77. The parties previously resolved their dispute at a settlement conference before Magistrate Judge Spero. In accordance with their settlement, the parties now request that the Court vacate its May 1, 2012 order on the parties' cross-motions for partial summary judgment. See Dkt. 65.[1]

Rule 60(b)(6) allows the Court to relieve a party from an order or final judgment "for any other reason that justifies relief." The Supreme Court has indicated that relief under this Rule generally requires a showing of "extraordinary circumstances." Liljeberg v. Health Servs. Acquisition Corp., 486 U.S. 847, 864 (1988) (quoting Klapprott v. United States, 335 U.S. 601, 614-15 (1949)). Here, while the parties' resolution of the action is

---

[1] The parties indicate that the settlement is not dependent upon the issuance of an order vacating the May 1, 2012 Order.

1  laudable, it is not an extraordinary circumstance justifying vacating the Court's May 1,
2  2012 order.  Accordingly,
3       IT IS HEREBY ORDERED THAT the parties' Joint Motion to Vacate Partial
4  Summary Judgment Order is DENIED.  This Order terminates Docket 77.
5       IT IS SO ORDERED.
6  Dated:  October 29, 2012
7                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge